No. 949. Walker Grain Company, Bankrupts, et al. *v.* Gregg Grain Company et al. April 23, 1923. Peti-

tion for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Bernard Titche* for petitioners. *Mr. Mark McMahon* for respondents.